# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE WARREN,<br><br>        Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER,<br><br>        Respondent. | Case No. CV 19-09295-DMG (SK)<br><br>**ORDER (1) ACCEPTING REPORT AND RECOMMENDATION TO DISMISS UNTIMELY PETITION AND (2) DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records, and the attached Report and Recommendation of the U.S. Magistrate Judge. Having completed its *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected, the Court concludes that nothing in the Objections affects or alters the findings and conclusions set forth in the Report and Recommendation.

The Court therefore concurs with and accepts the findings and conclusions in the Report and Recommendation. The Court also finds, for the reasons stated in the Report and Recommendation, that Petitioner has not made a substantial showing of the denial of a constitutional right and that jurists of reason would find it debatable whether the Court is correct in its procedural ruling. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

THEREFORE, IT IS ORDERED that the Petition be DISMISSED, and that Judgment be entered dismissing this action with prejudice. IT IS FURTHER ORDERED that a certificate of appealability be DENIED.

DATED: November 17, 2020

                                            DOLLY M. GEE<br>
                                            UNITED STATE DISTRICT JUDGE