JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE WARREN,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>CHRISTIAN PFEIFFER,<br><br>　　　　　　Respondent. | Case No. 2:19-cv-09295-DMG (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation,

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and that this action is dismissed with prejudice.

DATED: November 17, 2020

　　　　　　　　　　　　　　　　　_/s/ Dolly M. Gee_
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE